# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | |
|---|---|
| SILVIA TEJESOVA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | 2:06 CV 022 |
| ) | |
| ZAHAY MICHAEL BONE, ) | |
| ) | |
| Defendant/Third Party Plaintiff, ) | |
| ) | |
| V ) | |
| ) | |
| ANDREA TEJESOVA, ) | |
| ) | |
| Third Party Defendant. ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendant, Eastern Band of Cherokee Indians' motion for admission *pro hac vice* (#34) of Geoffrey D. Strommer of the law firm of Hobbs, Straus, Dean & Walker, 806 SW Broadway, Suite 900, Portland, OR 97205, (503) 242-1745 to appear as counsel for the defendant, Eastern Band of Cherokee Indians in this matter filed on September 27, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Geoffrey D. Strommer is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: October 1, 2007

_____
Dennis L. Howell
United States Magistrate Judge