## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | |
|---|---|
| SILVIA TEJESOVA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | 2:06 CV 022 |
| ) | |
| ZAHAY MICHAEL BONE, ) | |
| ) | |
| Defendant/Third Party Plaintiff, ) | |
| ) | |
| V ) | |
| ) | |
| ANDREA TEJESOVA, ) | |
| ) | |
| Third Party Defendant. ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendant, Eastern Band of Cherokee Indians' motion for admission *pro hac vice* (#33) of Charles A. Hobbs of the law firm of Hobbs, Straus, Dean & Walker, 2120 L Street, NW, Suite 700, Washington, DC 20037, (202) 822-8282 to appear as counsel for the defendant, Eastern Band of Cherokee Indians in this matter filed on September 27, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Charles A. Hobbs is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: October 1, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge